IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
Silverton Bank, N.A.                                              PLAINTIFF

v.                              No. 4:16-mc-05-DPM

AMY McCAY, Individually and as
Trustee of Amy McCay Children's Trust                             DEFENDANT

## ORDER

The Court reopens this administratively terminated case. An application for a writ of execution has long been pending. It's unclear why the writ wasn't issued—perhaps because a paper copy wasn't submitted to the Clerk's office, or perhaps because McCay filed for bankruptcy. In any case, McCay has provided notice that her judgment debt, № 1-1, has been discharged in bankruptcy, № 3. The Court directs the Clerk to update the judgment book. This case is closed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2018